IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY L. WARING, | 3:11-cv-00851-BR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| CONDON WIND POWER, LLC, AES WIND GENERATION INC., AES WESTERN WIND, LLC, and SEAWEST NORTHWEST ASSET HOLDINGS, LLC, | |
| Defendants. | |

Based upon the filing of the parties Stipulation for Entry of Judgment of Dismissal (#21) filed April 26, 2012, this matter is hereby **DISMISSED** with prejudice and without costs or attorney fees to either party.

Dated this 1st day of May, 2012.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL